*Acting Solicitor General Davis, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States. ▉

No. 122. WEISBROD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Philip B. Kurland* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. ▉

No. 124. GRENADA INDUSTRIES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Robert A. Littleton, Philip B. Perlman, Arthur L. Gilliom* and *Elbert R. Gilliom* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Holland, Ellis N. Slack* and *I. Henry Kutz* for respondent. ▉

No. 126. NATIONAL LABOR RELATIONS BOARD *v.* MARINE ENGINEERS BENEFICIAL ASSOCIATION, No. 13. C. A. 3d Cir. Certiorari denied. *Acting Solicitor General Stern* and *George J. Bott* for petitioner. *Abraham E. Freedman, Clifford D. O'Brien* and *Ruth Weyand* for respondent. ▉

No. 127. CHROMIUM PRODUCTS CORP. *v.* RECONSTRUCTION FINANCE CORP. C. A. 9th Cir. Certiorari denied. *Burton K. Wheeler, Robert G. Seaks* and *Horace S. Davis* for petitioner. *Acting Solicitor General Davis* for respondent. ▉

No. 132. HOGAN *v.* CITY OF MIAMI BEACH. Supreme Court of Florida. Certiorari denied. *Carl T. Hoffman* for petitioner. *Thos. H. Anderson* for respondent. ▉